NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DARRELL GREENLAND,**
*Plaintiff-Appellant*

**v.**

**HARBOR FREIGHT TOOLS USA, INC.,**
*Defendant-Appellee*

———————————

2015-1761

———————————

Appeal from the United States District Court for the Central District of California in No. 2:14-cv-05867-RGK-E, Judge R. Gary Klausner.

———————————

**JUDGMENT**

———————————

PATRICK FRANCIS BRIGHT, Wagner, Anderson & Bright, LLP, Glendale, CA, argued for plaintiff-appellant.

MARK J. ROSENBERG, Tarter Krinsky & Drogin LLP, New York, NY, argued for defendant-appellee.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 8, 2016              /s/ Daniel E. O'Toole
        Date                        Daniel E. O'Toole
                                    Clerk of Court